UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2009 JUN -9 P 2:26

_____
DEPUTY CLERK

EMMITT JOHNSON (#460015)

VERSUS

HOWARD PRINCE, ET AL

CIVIL ACTION

NO. 09-25-RET-SCR

## RULING

The court has carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation (doc. 23) of United States Magistrate Judge Stephen C. Riedlinger dated April 23, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, defendants' motion for summary judgment (doc. ~~25~~ 14) is hereby granted in part, dismissing all of the plaintiff's claims except his claim that Lt. Johnson used excessive force against him on October 24, 2008.

Baton Rouge, Louisiana, June 5, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA