UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EMMITT JOHNSON (#460015)

VERSUS                                                  CIVIL ACTION

HOWARD PRINCE, ET AL                                    NUMBER 09-25-RET-SCR

### RULING ON MOTION TO RECONSIDER APPOINTMENT OF COUNSEL

Before the court is the plaintiff's Motion to Reconsider Appointment of Counsel.  Record document number 29.

Pro se plaintiff, an inmate confined at Hunt Correctional Center, St. Gabriel, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Lt. Donald Johnson.  Plaintiff alleged that on October 24, 2008, Lt. Johnson subjected him to an excessive use of force in violation of his constitutional rights.[1]

Plaintiff's motion for appointment of counsel was denied on the grounds that the complaint is neither factually nor legally complex and the factual basis for the claim was succinctly set forth in the complaint.[2]

Plaintiff appears capable of adequately investigating his case.  He filed a factually detailed complaint setting forth clearly and concisely the details of the alleged incident.  There is no indication that his blindness has impeded his ability to

---

[1] All of the plaintiff's claims were previously dismissed except for his excessive use of force claim against Lt. Johnson.  Record document number 24.

[2] Record document number 6.

litigate this action. Moreover, inmate counsel substitutes are available to assist the plaintiff in the preparation of pleadings.

Appointment of counsel would likely be of some benefit to the plaintiff, but it would do little to assist in the examination of the witnesses or shaping the issues for trial.

Consideration of the factors set forth in *Ulmer v. Chancellor*, 691 F.2d 209, 211 (5th Cir. 1982), does not support a finding that appointment of counsel for the plaintiff is either required or warranted.

Accordingly, the plaintiff's motion to reconsider appointment of counsel is denied.

Baton Rouge, Louisiana, November 2, 2009.

Stephen C. Riedlinger
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE