UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EMMITT JOHNSON (#460015)

VERSUS                                          CIVIL ACTION

HOWARD PRINCE, ET AL                            NUMBER 09-25-RET-SCR

## RULING ON MOTION TO STAY RULING ON MOTION FOR SUMMARY JUDGMENT

Before the court is the plaintiff's Motion to Stay Ruling on Defendant Johnson Summary Judgment Motion. Record document number 30.

Plaintiff moved to stay proceedings on the defendant's motion for summary judgment until the court reconsidered its ruling on the plaintiff's motion for appointment of counsel. Plaintiff's motion for reconsideration was denied.[1]

Accordingly,

Plaintiff's Motion to Stay Ruling on Defendant Johnson Summary Judgment Motion is denied as moot.

Baton Rouge, Louisiana, November 2, 2009.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document number 31.