UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EMMITT JOHNSON (#460015)

VERSUS

HOWARD PRINCE, ET AL

CIVIL ACTION

NO. 09-25-C

# JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the defendant's motion for summary judgment is granted and judgment is entered for defendant, Lt. Donald Johnson and against plaintiff, Emmitt Johnson.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, March  16  , 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA